**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALBERT SERION,<br><br>                          Plaintiff,<br><br>                  v.<br><br>NUANCE COMMUNICATIONS, INC., LLOYD CARNEY, MARK BENJAMIN, DANIEL BRENNAN, THOMAS EBLING, BOB FINOCCHIO, LAURA KAISER, MICHAL KATZ, MARK LARET, and SANJAY VASWANI,<br><br>                          Defendants. | Case No. 1:21-cv-04701-JPO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO MONTEVERDE & ASSOCIATES P.C.'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES** |

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties in this action, that:

       1.     The time for Defendants in the above-captioned action to move against or otherwise respond to Monteverde & Associates P.C.'s Motion For An Award Of Attorneys' Fees And Expenses ("Fee Motion") (Dkt. 4) is hereby extended from September 3, 2021 to September 10, 2021.

       2.     This is Defendants' first request for an extension of time to respond to the Fee Motion.

       3.     This Stipulation shall not be deemed a waiver of any defenses that Defendants may assert in this action, including, but not limited to, any motion or defense pursuant to Rule 12 of the Federal Rules of Civil Procedure.

2

Dated: August 31, 2021

| MONTEVERDE & ASSOCIATES P.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|---|---|
| /s/ *Juan E. Monteverde* | /s/ *Jaren Janghorbani* |
| Juan E. Monteverde | Jaren Janghorbani |
| The Empire State Building | Kimberly Francis |
| 350 Fifth Avenue, Suite 4405 | Juan J. Gascon |
| New York, New York 10118 | 1285 Avenue of the Americas |
| *Attorney for Plaintiff* | New York, New York 10019 |
| | *Attorneys for Defendants* |

SO ORDERED:

_____
U.S.D.J.