UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT SERION,<br><br>                              Plaintiff,<br><br>         v.<br><br>NUANCE COMMUNICATIONS, INC., LLOYD CARNEY, MARK BENJAMIN, DANIEL BRENNAN, THOMAS EBLING, BOB FINOCCHIO, LAURA KAISER, MICHAL KATZ, MARK LARET, and SANJAY VASWANI,<br><br>                              Defendants. | Case No. 1:21-cv-04701-JPO<br><br>Hon. J. Paul Oetken |

## NOTICE AND ORDER TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that upon the accompanying declaration of Kimberly Francis, and subject to the approval of the Court, Kimberly Francis hereby withdraws as counsel for Nuance Communications, Inc., Lloyd Carney, Mark Benjamin, Daniel Brennan, Thomas Ebling, Bob Finocchio, Laura Kaiser, Michal Katz, Mark Laret, and Sanjay Vaswani and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter.  Nuance Communications, Inc., Lloyd Carney, Mark Benjamin, Daniel Brennan, Thomas Ebling, Bob Finocchio, Laura Kaiser, Michal Katz, Mark Laret, and Sanjay Vaswani will continue to be represented by Jaren Janghorbani and Juan Gascon in this proceeding.

Dated: April 14, 2022            Respectfully submitted,

                                       **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

                                       By:    */s/ Kimberly Francis*
                                                     Kimberly Francis
                                                     1285 Avenue of the Americas
                                                     New York, NY 10019-6064
                                                     Tel: (212) 373-3140
                                                     Fax: (212) 492-0140
                                                     Email: kfrancis@paulweiss.com

                                                     *Attorney for Nuance Communications, Inc., Lloyd Carney, Mark Benjamin, Daniel Brennan, Thomas Ebling, Bob Finocchio, Laura Kaiser, Michal Katz, Mark Laret, and Sanjay Vaswani*

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge                             April 20, 2022